IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:20-CR-81

BEN SANFORD  21 U.S.C. §§ 331(c) and 333(a)(2)

**INFORMATION**
(Upon Waiver of Indictment)

The United States Attorney charges that:

**COUNT ONE**

From on or about April 2013 to on or about June 2018, in the Northern District of Mississippi, the defendant, Ben Sanford, as owner and operator of Starkville Internal Medicine, with the intent to defraud and mislead, received in interstate commerce various drugs, including but not limited to foreign versions of Prolia and Boniva, that were misbranded within the meaning of Title 21, United States Code, Section 352(f)(1), in that their labeling lacked adequate directions for their intended uses, and Section 352(c) and Title 21, Code of Federal Regulations, Section 201.15(c)(1), in that the information required to be on the labeling was not in the English language, and did deliver and proffer delivery of the misbranded drugs for pay, all in violation of Title 21, United States Code, Sections 331(c) and 333(a)(2).

**FORFEITURE ALLEGATION**

Upon conviction of the offense charged in Count One of this Bill of Information, Ben Sanford, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), any property, real and personal, that constitutes or is derived, directly or

indirectly, from gross proceeds traceable to the commission of the violations of Title 21, United States Code, Section 331(c).

If any of the forfeitable property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other properly which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

WILLIAM C. LAMAR
UNITED STATES ATTORNEY