UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES - GENERAL**

**Case No.:** 1:20-CR-081-SA    **Place Held:** Oxford, Mississippi

**Style:** USA v. BEN SANFORD

**Date & Time Began:** 5/18/2021, 10:05 A.M.
**Date & Time Ended:** 5/18/2021, 11:32 A.M.

**Total Time:** 1 hr 27 mins.

**PRESENT:**

**HONORABLE SHARION AYCOCK, JUDGE**

Tracy Wright (in person)                    Phyllis McLarty (in person)
**Courtroom Deputy**                        **Court Reporter**

**Attorney for Government:**                **Attorneys for Defendant:**
Robert J. Mims, AUSA (in person)            Joseph M. Hollomon (in person)

**Probation Officer:**
Kimberlee Hatter (in person)

**PROCEEDINGS:**   Sentencing Hearing with Defendant appearing in person.

**DOCKET ENTRY:** Sentencing hearing held as to Ben Sanford on Count 1 of the Information. Witnesses testified. Judgment to follow.

**DAVID CREWS, CLERK**

By:  _____/s/ Tracy Wright_____
            Courtroom Deputy