UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:20-CR-81

BEN SANFORD

## FINAL ORDER OF FORFEITURE

As the result of the defendant's agreement to plead guilty under oath to Count One of an Information, which charged the receipt in interstate commerce of misbranded drugs that the defendant delivered or proffered for delivery with the intent to defraud or mislead, in violation of Title 21, United States Code, § 331(c), and for which the Government is seeking forfeiture pursuant to Title 18, United States Code, Section 982(a)(7), the United States of America is entitled to the entry of a money judgment against the Defendant, Ben Sanford, in the sum of:

**One Hundred Five Thousand Three Hundred Twenty-Two and 53/100 Dollars ($105,322.53)**

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the Defendant, Ben Sanford, shall forfeit to the United States the sum of $105,322.53 in U.S. Currency pursuant to the statutes and procedures cited above, and that a money judgment for said amount is hereby entered against the Defendant, Ben Sanford; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the Defendant at this time, and shall be made part of the sentence imposed upon the Defendant and included in the judgment; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this order of forfeiture to substitute property having a value not to exceed the amount stated herein in order to satisfy the money judgment in whole or in part.

SO ORDERED AND ADJUDGED this the 18th day of May, 2021.

_____
SHARION AYCOCK
UNITED STATES DISTRICT JUDGE

Prepared by:

/s/ SAMUEL D. WRIGHT
SAMUEL D. WRIGHT, MB#101425
Assistant United States Attorney

Approved by:

_____
JOSEPH M. HOLLOMON MB# 2551
Attorney for Ben Sanford

_____
BEN SANFORD
Defendant